## LEWIS & THOMPSON v. BRACKEN & WILSON.

*Atkinson, J.*—There was no error in allowing the amendments to the declaration; nor in overruling the demurrer to the same; nor in refusing to grant a continuance; nor in admitting or rejecting evidence; the charges complained of were substantially correct; and the verdict was amply supported by the evidence, and quite reasonable in amount.  This case involves no new questions of law rendering necessary a more elaborate statement of the points decided.  The court properly refused to grant a new trial.  *Judgment affirmed.*

August 12, 1895.

v 97-22

Action for damages.    Before Judge Fish.    Stewart superior court.    April term, 1894.

*Watts & Hickey* and *C. J. Thornton*, for plaintiffs in error.   *Clarke, Hooper & Harrison, W. H. Ellis* and *J. B. Hudson*, contra.